**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 18, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00678-CV

---

## IN RE RICHARD ALAN HAASE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-240399**

---

## MEMORANDUM OPINION

On September 14, 2023, relator Richard Alan Haase filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Chad Bridges, presiding judge of the 458th District Court of Fort Bend County, to

enforce a settlement agreement and, alternatively, to continue the trial setting, to order defense counsel to complete citation service, and to transfer venue.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Wilson.